JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| YOUNG K. CHOI,<br><br>　　　　Plaintiff,<br><br>v.<br><br>WAL-MART ASSOCIATES, INC.,<br><br>　　　　Defendant. | Case No. 8:23-cv-02376-SB-KES<br><br>FINAL JUDGMENT |

For the reasons stated in the separate order granting Defendant's motion for summary judgment entered this day, Plaintiff Young K. Choi's claims are dismissed on the merits with prejudice.

This is a final judgment.

Date: November 25, 2024

_____
Stanley Blumenfeld, Jr.
United States District Judge